# Court of Appeals
# of the State of Georgia

ATLANTA,  February 04, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1049. WESTLAKE SERVICES, LLC v. WILLIE W. WARD.**

On October 21, 2024, the trial court entered a final judgment in favor of Willie W. Ward and against Westlake Services, LLC. On Thursday, November 21, 2024, Westlake Services filed a notice of appeal. We lack jurisdiction.

As a general rule, a notice of appeal must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-38 (a). "The proper and timely filing of the notice of appeal is an absolute requirement to confer jurisdiction upon the appellate court." *Perry v. Paul Hastings, LLP*, 362 Ga. App. 140, 141 (866 SE2d 855) (2021) (punctuation omitted). Because Westlake Services filed its notice of appeal 31 days after the trial court entered its final judgment, the notice of appeal is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  02/04/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*